Fill in this information to identify your case and this filing

Debtor 1   TARA   LYCHEN   CARLISLE

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN   District of GEORGIA

Case number   23-54324 BEM

Filed in U.S. Bankruptcy Court
Atlanta, Georgia
M. Regina Thomas, Clerk

MAY 31 2023

By: _____
Deputy Clerk

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☒ No. Go to Part 2.
☐ Yes. Where is the property?

**1.1**

Street address, if available, or other description

City   State   ZIP Code

County

**What is the property?** Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property?   Current value of the portion you own?
$_____   $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

**1.2**

Street address, if available, or other description

City   State   ZIP Code

County

**What is the property?** Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property?   Current value of the portion you own?
$_____   $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

Debtor 1  TARA LACHON CARLISLE    Case number (if known) 23-54324-BEM

## Part 1 (continued)

**What is the property?** Check all that apply.

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other _____

Street address, if available, or other description:
_____

City _____ State ___ ZIP Code _____

County _____

**Current value of the entire property?**
$ _____

**Current value of the portion you own?**
$ _____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Who has an interest in the property?** Check one
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. .......... → $ 0.00

---

## Part 2:  Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on Schedule G: Executory Contracts and Unexpired Leases.

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- [ ] No
- [x] Yes

3.1  Make  TOYOTA
Model  COROLLA
Year  2018
Approximate mileage  103,171
Other information
_____

**Who has an interest in the property?** Check one
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this is community property** (see instructions)

**Current value of the entire property?**
$ 10731

**Current value of the portion you own?**
$ 10731

If you own or have more than one, describe here:

3.2  Make  _____
Model  _____
Year  _____
Approximate mileage  _____
Other information
_____

**Who has an interest in the property?** Check one
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this is community property** (see instructions)

**Current value of the entire property?**
$ _____

**Current value of the portion you own?**
$ _____

Debtor 1 _TARA LACHON CARLISLE_
First Name    Middle Name    Last Name

Case number (if known) _23·54324·BCM_

**3.3** Make _____

Model _____

Year _____

Approximate mileage _____

Other information

Who has an interest in the property? Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property?    Current value of the portion you own?

$_____    $_____

**3.4** Make _____

Model _____

Year _____

Approximate mileage _____

Other information

Who has an interest in the property? Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property?    Current value of the portion you own?

$_____    $_____

**4** Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories

Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No

☐ Yes

**4.1** Make _____

Model _____

Year _____

Other information

Who has an interest in the property? Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property?    Current value of the portion you own?

$_____    $_____

If you own or have more than one, list here:

**4.2** Make _____

Model _____

Year _____

Other information

Who has an interest in the property? Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property?    Current value of the portion you own?

$_____    $_____

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ........ → $ 10731

Debtor 1  TARA LACHON CARLISLE
          First Name  Middle Name  Last Name

Case number (if known)  23-5A324-BEM

## Part 3:  Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**6  Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☒ Yes. Describe.  I BR, LR, SMALL APPLIANCES, KITCHENWARE    $ 2500.00

**7  Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☒ Yes. Describe.  I TV, I LAPTOP, I TABLET, I CELLPHONE    $ 750.00

**8  Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☒ No
☐ Yes. Describe.    $ _____

**9  Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☒ No
☐ Yes. Describe.    $ _____

**10  Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☒ No
☐ Yes. Describe.    $ _____

**11  Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☒ Yes. Describe.  CLOTHES AND SHOES    $ 500.00

**12  Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☒ Yes. Describe.  COSTUME JEWELRY    $ 50.00

**13  Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☒ No
☐ Yes. Describe.    $ _____

**14  Any other personal and household items you did not already list, including any health aids you did not list**

☒ No
☐ Yes. Give specific information.    $ _____

**15  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here**  →  $ 3800.00

Official Form 106A/B    Schedule A/B: Property    page 4

Debtor 1   TARA LACHCN CARLISLE
          First Name   Middle Name   Last Name

Case number (if known) 23-54324-BEM

## Part 4:   Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**16 Cash**

Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition.

☐ No
☒ Yes

Cash ........ $ 30.00

**17 Deposits of money**

Examples: Checking, savings, or other financial accounts, certificates of deposit, shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes

Institution name

| | | |
|---|---|---|
| 17.1 Checking account | WELLS FARGO | $ 350.00 |
| 17.2 Checking account | | $ |
| 17.3 Savings account | WELLS FARGO | $ 25.00 |
| 17.4 Savings account | WELLS FARGO | $ 18.00 |
| 17.5 Certificates of deposit | | $ |
| 17.6 Other financial account | | $ |
| 17.7 Other financial account | | $ |
| 17.8 Other financial account | | $ |
| 17.9 Other financial account | | $ |

**18 Bonds, mutual funds, or publicly traded stocks**

Examples: Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes

Institution or issuer name

| | |
|---|---|
| | $ |
| | $ |
| | $ |

**19 Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☒ No
☐ Yes. Give specific information about them.

| Name of entity | % of ownership | |
|---|---|---|
| | 0% | $ |
| | 0% | $ |
| | 0% | $ |

Debtor 1: TARA LACHON CARLISLE

Case number (if known): 23 54324 BEM

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1)

☒ No

☐ Yes

Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

$ _____

$ _____

$ _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No

☐ Yes. Give specific information about them. _____

$ _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
Examples: Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No

☐ Yes. Give specific information about them. _____

$ _____

27. **Licenses, franchises, and other general intangibles**
Examples: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No

☐ Yes. Give specific information about them. _____

$ _____

**Money or property owed to you?**

Current value of the portion you own? Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☒ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.

| | |
|---|---|
| Federal | $ _____ |
| State | $ _____ |
| Local | $ _____ |

29. **Family support**
Examples: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No

☐ Yes. Give specific information.

| | |
|---|---|
| Alimony | $ _____ |
| Maintenance | $ _____ |
| Support | $ _____ |
| Divorce settlement | $ _____ |
| Property settlement | $ _____ |

30. **Other amounts someone owes you**
Examples: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits, unpaid loans you made to someone else

☒ No

☐ Yes. Give specific information. _____

$ _____

Debtor 1   TARA LACHON CARLISLE                    Case number (if known) 23 54324-BEM

**31. Interests in insurance policies**
Examples: Health, disability, or life insurance, health savings account (HSA), credit, homeowner's, or renter's insurance

☐ No
☒ Yes. Name the insurance company of each policy and list its value.

| Company name | Beneficiary | Surrender or refund value |
|---|---|---|
| NATIONWIDE | CONSTANCE CARLISLE | $ ∅ |
| | | $ |
| | | $ |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No
☐ Yes. Give specific information.                                            $

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
Examples: Accidents, employment disputes, insurance claims, or rights to sue

☒ No
☐ Yes. Describe each claim.                                                 $

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No
☐ Yes. Describe each claim.                                                 $

**35. Any financial assets you did not already list**

☒ No
☐ Yes. Give specific information.                                           $

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**    →    $ 15,085.00

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**
☒ No. Go to Part 6.
☐ Yes. Go to line 38.

Current value of the portion you own? Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**
☒ No
☐ Yes. Describe.                                                            $

**39. Office equipment, furnishings, and supplies**
Examples: Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☒ No
☐ Yes. Describe.                                                            $

Debtor 1    _TARA LACHON CARLISLE_    Case number (if known) _23-54324-BEM_
First Name    Middle Name    Last Name

**40** Machinery, fixtures, equipment, supplies you use in business, and tools of your trade

☒ No
☐ Yes. Describe _____ $_____

**41** Inventory

☒ No
☐ Yes. Describe _____ $_____

**42** Interests in partnerships or joint ventures

☒ No
☐ Yes. Describe

| Name of entity | % of ownership | |
|---|---|---|
| _____ | ____ % | $_____ |
| _____ | ____ % | $_____ |
| _____ | ____ % | $_____ |

**43** Customer lists, mailing lists, or other compilations

☒ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

  ☐ No
  ☐ Yes. Describe _____ $_____

**44** Any business-related property you did not already list

☒ No
☐ Yes. Give specific
  information _____ $_____
  _____ $_____
  _____ $_____
  _____ $_____
  _____ $_____
  _____ $_____

**45** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here ..................................................... → $ 0.00

---

**Part 6:**    **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest in.**
If you own or have an interest in farmland, list it in Part 1.

**46** Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

☒ No. Go to Part 7
☐ Yes. Go to line 47

Current value of the
portion you own?
Do not deduct secured claims
or exemptions.

**47** Farm animals

*Examples:* Livestock, poultry, farm-raised fish

☒ No
☐ Yes _____ $_____

TARA LAURON CARLISLE                        23-54324-BEM

60. Crops—either growing or harvested
☒ No
☐ Yes. Give specific information ............................................................................ $ _____

61. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade
☒ No
☐ Yes ............................................................................ $ _____

52. Farm and fishing supplies, chemicals, and feed
☒ No
☐ Yes ............................................................................ $ _____

53. Any farm- and commercial fishing-related property you did not already list
☒ No
☐ Yes. Give specific information ............................................................................ $ _____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
for Part 6. Write that number here ............................................................. → $ 0.00

## Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
Examples: Season tickets, country club membership
☒ No
☐ Yes. Give specific information ............................................................................ $ _____
$ _____
$ _____

54. Add the dollar value of all of your entries from Part 7. Write that number here ............................. → $ 0.00

## Part 8:  List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ............................................................. → $ 0.00

56. Part 2: Total vehicles, line 5                                        $ 10 731.00

57. Part 3: Total personal and household items, line 15                  $ 3800.00

58. Part 4: Total financial assets, line 36                              $ 15085.00

59. Part 5: Total business-related property, line 45                     $ 0.00

60. Part 6: Total farm- and fishing-related property, line 52            $ 0.00

61. Part 7: Total other property not listed, line 54                   + $ 0.00

62. Total personal property. Add lines 56 through 61. ..........         $ 29,616   Copy personal property total → + $ 29,616

63. Total of all property on Schedule A/B. Add line 55 + line 62. ..................................... $ 29,616

Fill in this information to identify your case

| Debtor 1 | TARA LACHON CARLISLE |
| Debtor 2 (Spouse, if filing) | NOETHERN |
| United States Bankruptcy Court for the: | NOETHERN District of GEORGIA |
| Case number (if known) | 23-54324 BEM |

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions — such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds — may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:   Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2018 TOYOTA COROLLA<br>Line from Schedule A/B: 3.1 | $ 10,731 | ☒ $ 10,731<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A § 44-13-100(a)(3) |
| Brief description: BR, LR, APPLIANCE<br>Line from Schedule A/B: 6.1 | $ 2,500 | ☒ $ 2500<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A § 44-13-100(a)(4) |
| Brief description: TV, LAPTOP, TABLET, CELL<br>Line from Schedule A/B: 7.1 | 750 | ☒ $ 750<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A § 44-13-100(a)(4) |

3. Are you claiming a homestead exemption of more than $189,050?

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No

   ☐ Yes   Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

Debtor 1   TARA   LACHON CARLISLE                    Case number (if known)   23-54324 BEM

## Part 2:   Additional Page

| Brief description of the property and line from Schedule A/B that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description  CLOTHES/SHUES  Line from Schedule A/B  11.1 | $ 500 | ☒ $ 500  ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| Brief description  CUSTUME JEWELRY,  Line from Schedule A/B  12.1 | 50 | ☒ $ 50  ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A § 44-13-100(a)(5) |
| Brief description  CASH  Line from Schedule A/B  16.1 | $ 30 | ☒ $ 30  ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| Brief description  WELLS FARGO  Line from Schedule A/B  17.1 | $ 350 | ☒ $ 350  ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A § 44-13-100(a)(6) |
| Brief description  WELLS FARGO  Line from Schedule A/B  17.3 | $ 25 | ☒ $ 25  ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A § 44-13-100(a)(6) |
| Brief description  WELLS FARGO  Line from Schedule A/B  17.4 | $ 18,00 | ☒ $ 18  ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| Brief description  NATIONWIDE  Line from Schedule A/B  21.1 | $ 14,662 | ☒ $ 14,662  ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A § 44-13-100(a)(21)(D) |
| Brief description  Line from Schedule A/B | $ | ☐ $  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description  Line from Schedule A/B | $ | ☐ $  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description  Line from Schedule A/B | $ | ☐ $  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description  Line from Schedule A/B | $ | ☐ $  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description  Line from Schedule A/B | $ | ☐ $  ☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

Debtor 1  TARA  LACHON  CARLISLE
_First Name_  _Middle Name_  _Last Name_

Debtor 2
(Spouse, if filing)  _First Name_  _Middle Name_  _Last Name_

United States Bankruptcy Court for the NORTHERN District of GEORGIA

Case number  23-54324-BEM
(If known)

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

## Part 1:    List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | | Amount of claim | Value of collateral that supports this claim | Unsecured portion If any |

| 2.1 | | | | | |
|---|---|---|---|---|---|
| SANTANDER | Describe the property that secures the claim: | | $ 9000 | $ 10731 | $ |

Creditor's Name
PO BOX 6606033
_Number_  _Street_

2018 TOYOTA COROLLA

DALLAS, TX  75266
_City_  _State_  _ZIP Code_

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number 5 9 7 0

| 2.2 | Describe the property that secures the claim: | | $ | $ | $ |
|---|---|---|---|---|---|

Creditor's Name

_Number_  _Street_

_____
_City_  _State_  _ZIP Code_

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:  $ _____

Official Form 106D            Schedule D: Creditors Who Have Claims Secured by Property            page 1 of ___

Debtor 1    _TARA  LACHON CARLISLE_    Case number (if known) _23-54324-BEM_
First Name    Middle Name    Last Name

**Part 1:** **Additional Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

---

Creditor's Name

Number        Street

City        State    ZIP Code

**Who owes the debt?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**    $_____    $_____    $_____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien** Check all that apply

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

Creditor's Name

Number        Street

City        State    ZIP Code

**Who owes the debt?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**    $_____    $_____    $_____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien** Check all that apply

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

Creditor's Name

Number        Street

City        State    ZIP Code

**Who owes the debt?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**    $_____    $_____    $_____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien** Check all that apply

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

**Add the dollar value of your entries in Column A on this page. Write that number here:** $ |0731|

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $ |0731|

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page ___ of ___

Debtor 1   **TARA LACHON CARLISLE**
   First Name     Middle Name     Last Name

Case number (if known) **23-54324-BEM**

## Part 2:    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

Name _____

Number _____ Street _____

City _____ State _____ ZIP Code _____

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number _____ Street _____

City _____ State _____ ZIP Code _____

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number _____ Street _____

City _____ State _____ ZIP Code _____

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number _____ Street _____

City _____ State _____ ZIP Code _____

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number _____ Street _____

City _____ State _____ ZIP Code _____

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number _____ Street _____

City _____ State _____ ZIP Code _____

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

**Fill in this information to identify your case:**

Debtor 1    TARA    LACHON    CARLISLE
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number    23-54324-BEM
(if known)

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2
   ☑ Yes

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**    IRS
Priority Creditor's Name

401 W. PEACHTREE ST, NW
Number    Street
STOP #334-D  ROOM 400
ATLANTA, GA 30308
City    State    ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ____ ____ ____ ____    $7000    $ ____    $ ____

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**
Priority Creditor's Name

Number    Street

City    State    ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ____ ____ ____ ____    $ ____    $ ____    $ ____

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 1 of

Debtor 1   TARA LACHON CARLISLE
   First Name   Middle Name   Last Name

Case number (if known) 23-54324-BEM

**Part 1:**   **Your PRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

---

Priority Creditor's Name

Number   Street

City   State   ZIP Code

**Who incurred the debt? Check one**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___   $_____  $_____  $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

Priority Creditor's Name

Number   Street

City   State   ZIP Code

**Who incurred the debt? Check one**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___   $_____  $_____  $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

Priority Creditor's Name

Number   Street

City   State   ZIP Code

**Who incurred the debt? Check one**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___   $_____  $_____  $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

Debtor 1    TARA LACHON CARLISLE
First Name    Middle Name    Last Name

Case number (if known)    23-54324-BEM

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

**3.    Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☒ Yes

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.**

| 4.1 | | |
|---|---|---|
| **CAPITAL ONE** | Last 4 digits of account number _____ | $ 1300 |
| Nonpriority Creditor's Name | | |
| PO BOX 31293 | When was the debt incurred? _____ | |
| Number    Street | | |
| SALT LAKE , UT 84131-0293 | | |
| City    State    ZIP Code | As of the date you file, the claim is: Check all that apply. | |

**Who incurred the debt?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

| 4.2 | | |
|---|---|---|
| **CREDIT ONE** | Last 4 digits of account number _____ | $ 0 |
| Nonpriority Creditor's Name | | |
| PO BOX 98872 | When was the debt incurred? _____ | |
| Number    Street | | |
| LAS VEGAS , NV 89193-8872 | | |
| City    State    ZIP Code | As of the date you file, the claim is: Check all that apply. | |

**Who incurred the debt?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

| 4.3 | | |
|---|---|---|
| **LVNV** | Last 4 digits of account number _____ | $ 0 |
| Nonpriority Creditor's Name | | |
| 55 BEATTIE PLACE | When was the debt incurred? _____ | |
| Number    Street | | |
| GREENVILLE, SC 29601-5115 | | |
| City    State    ZIP Code | As of the date you file, the claim is: Check all that apply | |

**Who incurred the debt?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Debtor 1  TARA LACHON CARLISLE
First Name   Middle Name   Last Name

Case number (if known)  23-54324-BEM

### Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

---

MACYS / CITIBANK
Nonpriority Creditor's Name
PO BOX 6789
Number      Street
SIOUX FALLS, SD 57117-6789
City                    State   ZIP Code

**Who incurred the debt?** Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___        $ 953

When was the debt incurred? _____

As of the date you file, the claim is  Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other Specify _____

---

MOHELA CLAIMS
Nonpriority Creditor's Name
PO BOX 790233
Number      Street
ST LOUIS, MO 63179
City                    State   ZIP Code

**Who incurred the debt?** Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___        $ 32000

When was the debt incurred? _____

As of the date you file, the claim is  Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim
- ☒ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other Specify _____

---

OLLO CARD SERVICES/ALLY
Nonpriority Creditor's Name
PO BOX 660371
Number      Street
DALLAS, TX 75266-0371
City                    State   ZIP Code

**Who incurred the debt?** Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___        $ 1300

When was the debt incurred? _____

As of the date you file, the claim is  Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other Specify _____

---

Debtor 1    TARA LACHON CARLISLE    Case number (if known) 23-54324-BEM
_First Name_    _Middle Name_    _Last Name_

## Part 3:    List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

Name

Number    Street

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one)  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

---

Name

Number    Street

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one)  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

---

Name

Number    Street

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one)  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

---

Name

Number    Street

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one)  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

---

Name

Number    Street

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one)  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

---

Name

Number    Street

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one)  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

---

Name

Number    Street

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one)  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

---

Debtor 1   TARA  LACHON  CARLISLE                    Case number (if known)  23-54324-BEM
          First Name    Middle Name    Last Name

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

|  |  | **Total claim** |
|---|---|---|
| **Total claims from Part 1** | 6a. Domestic support obligations | 6a. $ _____ |
|  | 6b. Taxes and certain other debts you owe the government | 6b. $ 7000 |
|  | 6c. Claims for death or personal injury while you were intoxicated | 6c. $ _____ |
|  | 6d. Other. Add all other priority unsecured claims. Write that amount here | 6d. + $ _____ |
|  | 6e. Total. Add lines 6a through 6d | 6e. $ 7000 |

|  |  | **Total claim** |
|---|---|---|
| **Total claims from Part 2** | 6f. Student loans | 6f. $ 32000 |
|  | 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ _____ |
|  | 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. $ _____ |
|  | 6i. Other. Add all other nonpriority unsecured claims. Write that amount here | 6i. + $ _____ |
|  | 6j. Total. Add lines 6f through 6i. | 6j. $ 39000 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor | TARA  LACHON  CARLISLE |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if filing)  First Name | Middle Name   Last Name |
| United States Bankruptcy Court for the | NORTHERN  District of  GEORGIA |
| Case number | 23 - 54324 - BEM |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Name STORAGEMART | STORAGE UNIT RENTAL |
| | Number  Street  794 SCENIC HWY S | |
| | City  LAWRENCEVILLE, GA  State  30046 ZIP Code | |
| 2.2 | Name | |
| | Number  Street | |
| | City  State  ZIP Code | |
| 2.3 | Name | |
| | Number  Street | |
| | City  State  ZIP Code | |
| 2.4 | Name | |
| | Number  Street | |
| | City  State  ZIP Code | |
| 2.5 | Name | |
| | Number  Street | |
| | City  State  ZIP Code | |

Debtor 1    TARA LACHUN CARLISLE

First Name    Middle Name    Last Name

Case number *(if known)* 23- 54324-BEM

## Additional Page If You Have More Contracts or Leases

| Person or company with whom you have the contract or lease | What the contract or lease is for |
| --- | --- |

### 22

Name

Number    Street

City    State    ZIP Code

### 2_

Name

Number    Street

City    State    ZIP Code

### 2_

Name

Number    Street

City    State    ZIP Code

### 2_

Name

Number    Street

City    State    ZIP Code

### 2_

Name

Number    Street

City    State    ZIP Code

### 2_

Name

Number    Street

City    State    ZIP Code

### 2_

Name

Number    Street

City    State    ZIP Code

### 2_

Name

Number    Street

City    State    ZIP Code

Fill in this information to identify your case:

Debtor 1 __TARA__ __LACHON__ __CARLISLE__
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing) First Name        Middle Name        Last Name

United States Bankruptcy Court for the __NORTHERN__ District of __GEORGIA__

Case number __23-54324-BEM__
(if known)

☐ Check if this is an
amended filing

## Official Form 106H
# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☒ No
   ☐ Yes

2. Within the last 8 years, have you lived in a community property state or territory? (*Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.*)

   ☒ No. Go to line 3
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☐ Yes. In which community state or territory did you live? _____ Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number        Street

      _____
      City        State        ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F,* or *Schedule G* to fill out Column 2.

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt. Check all schedules that apply: |
|---|---|
| **3.1** _____<br>Name<br>_____<br>Number        Street<br>_____<br>City        State        ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br>_____<br>Number        Street<br>_____<br>City        State        ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.3** _____<br>Name<br>_____<br>Number        Street<br>_____<br>City        State        ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Debtor 1    TARA LACHUN CARLISLE

Case number *(if known)* 23-54324-BEM

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | |
|---|---|
| Name | ☐ Schedule D: line _____ |
| | ☐ Schedule E/F: line _____ |
| Number    Street | ☐ Schedule G: line _____ |
| City    State    ZIP Code | |
| Name | ☐ Schedule D: line _____ |
| | ☐ Schedule E/F: line _____ |
| Number    Street | ☐ Schedule G: line _____ |
| City    State    ZIP Code | |
| Name | ☐ Schedule D: line _____ |
| | ☐ Schedule E/F: line _____ |
| Number    Street | ☐ Schedule G: line _____ |
| City    State    ZIP Code | |
| Name | ☐ Schedule D: line _____ |
| | ☐ Schedule E/F: line _____ |
| Number    Street | ☐ Schedule G: line _____ |
| City    State    ZIP Code | |
| Name | ☐ Schedule D: line _____ |
| | ☐ Schedule E/F: line _____ |
| Number    Street | ☐ Schedule G: line _____ |
| City    State    ZIP Code | |
| Name | ☐ Schedule D: line _____ |
| | ☐ Schedule E/F: line _____ |
| Number    Street | ☐ Schedule G: line _____ |
| City    State    ZIP Code | |
| Name | ☐ Schedule D: line _____ |
| | ☐ Schedule E/F: line _____ |
| Number    Street | ☐ Schedule G: line _____ |
| City    State    ZIP Code | |
| Name | ☐ Schedule D, line _____ |
| | ☐ Schedule E/F, line _____ |
| Number    Street | ☐ Schedule G: line _____ |
| City    State    ZIP Code | |